1

2

3 **UNITED STATES DISTRICT COURT**

4 **NORTHERN DISTRICT OF CALIFORNIA**

5 **SAN JOSE DIVISION**

6

7 MICHAEL E BOYD,

        Plaintiff,

8

      v.

9

10 UNITED STATES DEPARTMENT OF
TREASURY, et al.,

11         Defendants.

Case No.  15-cv-03494-BLF

**ORDER RE: REQUEST FOR CASE
MANAGEMENT CONFERENCE**

[Re:  ECF 11]

12

13       Plaintiff Michael Boyd requests a case management conference regarding Plaintiff's

14 Notice of Appeal of an Order from the U.S. Bankruptcy Court for the Southern District of New

15 York.  ECF 11.

16       The Court notes that a case management conference for this action is scheduled for January

17 21, 2016 at 11:00 a.m.  ECF 10.  Plaintiff has not provided sufficient reasons to move the case

18 management conference as this Court does not have jurisdiction over an appeal from the U.S.

19 Bankruptcy Court for the Southern District of New York.  Accordingly, the Court DENIES

20 Plaintiff's request.

21      **IT IS SO ORDERED.**

22 Dated: October 15, 2015

23 _____

BETH LABSON FREEMAN

24 United States District Judge

25

26

27

28

*United States District Court*
*Northern District of California*