UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL E BOYD,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF TREASURY, et al.,<br><br>    Defendants. | Case No. 15-cv-03494-BLF<br><br>**ORDER DISSOLVING ORDER TO SHOW CAUSE** |

On December 7, 2015, the Court ordered Plaintiff Michael E Boyd to show cause why this action should not be dismissed for failure to prosecute. ECF 15. Plaintiff had filed this action on July 29, 2015 and had not yet served Defendants. *Id*. The Court's order to show cause also indicated that if Plaintiff obtained summons and served them on Defendants before January 12, 2016, the Court would dissolve the order to show cause. *Id*. at 2.

The Court's records indicate that Plaintiff obtained summons, ECF 16-20, and served them on Defendants, ECF 21-24, and 27-29. Accordingly, the Court DISSOLVES the order to show cause and VACATES the show cause hearing set for January 21, 2016. Plaintiff Boyd is not required to respond in writing to the order to show cause or appear at a hearing.

**IT IS SO ORDERED.**

Dated: January 4, 2016

                                                BETH LABSON FREEMAN
                                                United States District Judge