UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL E BOYD,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF TREASURY, et al.,<br><br>    Defendants. | Case No. 15-cv-03494-BLF<br><br>**ORDER ADVANCING HEARING ON PENDING MOTIONS AND ADVANCING CASE MANAGEMENT CONFERENCE TO MAY 26, 2016**<br><br>[Re: ECF 35, 40, 42, 45] |

The Court ADVANCES the hearing on the following motions to dismiss from June 2, 2016 to May 26, 2016 at 9 a.m.:

1. Motion to Dismiss by Defendants Jerry Brown and Michael Cohen (ECF 35);
2. Motion to Dismiss by Defendant Kamala Harris (ECF 40);
3. Motion to Dismiss by Defendant Betty Yee (ECF 42); and
4. Motion to Dismiss by United States Department of Treasury and Jack Lew (ECF 45).

The Court also ADVANCES the parties' case management conference from June 2, 2016 to May 26, 2016. The parties shall file a joint case management statement by May 20, 2016.

**IT IS SO ORDERED.**

Dated: May 13, 2016

                                               BETH LABSON FREEMAN
                                               United States District Judge