**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MICHAEL E BOYD,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF TREASURY, et al.,<br><br>        Defendants. | Case No.  15-cv-03494-BLF<br><br>**ORDER GRANTING LEAVE TO EXTEND BRIEFING DEADLINES**<br><br>[Re: ECF 106] |

Due to a scheduling conflict with another state court proceeding, Plaintiff Michael E. Boyd has requested leave to extend the deadline to file his opposition to Defendants' motions to dismiss, as well as to extend the deadlines for Defendants to file their replies.  ECF 106.  Out of the four pending motions to dismiss, oppositions for two of the motions are due on November 29, 2016, one is due on December 1, 2016, and another is due on December 2, 2016.  The respective replies are due on December 6, 2016, December 8, 2016, and December 9, 2016.  Plaintiff Boyd requested leave to file a common opposition by the due date of December 9, 2016 and for Defendants to file their respective replies on December 16, 2016.  ECF 106.

The Court finds that Plaintiff Boyd has shown good cause for this extension and Defendants also do not oppose this application for leave.  Accordingly, the Court GRANTS Plaintiff Boyd leave to extend the briefing deadlines.  The deadline to file a common opposition to all four pending motions to dismiss is RESET to December 9, 2016 and the Defendants' respective replies shall be filed before or on December 16, 2016.

**IT IS SO ORDERED.**

Dated: November 29, 2016

_____
BETH LABSON FREEMAN
United States District Judge